Melvin Fletcher: Al
vs
The State of Texas

Trial No. 1376099
Appeal No. 14-14-00177CR

1101-15

The Court
of Criminal
Appeals
Austin, Texas

Reiteration of Jurisdictional Challenges

Memorandum of law, Request for Discretionary

Review

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

To The Honorable Judges of Said Court

Comes Now Melvin Fletcher: Al applicant in the above entitled causes reiterating a denial of and challenge to Political and Subject Matter Jurisdiction to the trial court, requesting a discretionary review,

On Feb 10 2014 Applicant was convicted of Theft of Material - copper

1

## Memorandum of law / Political Jurisdiction

On 7-23-13 I had a faretta warnings hearing intending to dissolve the State's deceptively imposed consent to operate in their jurisdiction by claiming My Nationality as a National, Noble of The Moors Nation and flesh and Blood Natural being On this date my claim was immediately disregarded and Hearing Officer James Anderson says "we're not going to do that" (RR supply) What "that" was was me claiming My Nationality effectually extracts me from the court's corporate capacity and places me under the jurisdiction of the Moors State "Every sovereign state (people) shall respect the independence of every other sovereign state (people)... (Acts of State - Supreme Court. The same is said in The U.S Constitution Art 3 Sec 2 Diversity of citizenship As a Moorish American I have Immunity from a foreign jurisdiction under your 28 U.S.C §1602 and per international law. And I am at the least entitled to a counsular court under your 28 U.S.C §1351

19 C.J.S "Corporations §18 Foreign Corporations reads as follows: "Corporations (Governments are contemplations of the mind". Governments do not exist in nature, therefore they can only exist as political fictions. Any everything done under the jurisdiction there of is done under political jurisdiction. Also Under your U.C.C. 9.308 and 9.310 I am allowed to tell you what jurisdiction and venue I'm operating in.

The Fictitious can have no dealing with flesh and Blood reality unless we agree to be the fiction. Though I may not at the time of my faretta warnings hearing defused the court's political jurisdiction to where they understood but my citing caselaw which affirmed my position (ie Dred Scott vs Sandford, In Re Merriav's Estate, 36 NY, 479) via Notices of my nationality, should have clarified who I am and Immunity given to us. Let me first say before I get into my Subject Matter Jurisdiction issue. The A.D.A (to bolster his case for jurisdiction) referenced Vol 1 of the reporter's record saying I said I was born in Illinois. This was a deceptively imposed consent to jurisdiction as well. But the original 13th Amendment prohibits my relegation to the status of a corporate person Also The A.D.A made sure I didn't obtain that portion of the record (Vol 1) for reasons stated in the last section.

## 2.

Memorandum of law / Subject Matter Jurisdiction Challenge

If a legal determination has been made regarding my choice of citizenship and I am to be coerced or forced into The State of Texas Jurisdiction, then I am to follow the law of that State. I submitted a Subject Matter Jurisdiction Challenge to the 14th Court of Appeals which they erroneously denied

The citizens of this state elect the legislature to create the law we are to follow

But the legislative bodies created codifiers, commissions, revisors and committees to draft laws.

The mass of laws written by revisers and codifiers is not the law of the legislature even when approved by it. Thus it has been noted that "revisers have legislative authority, and are therefore powerless to lessen or expand the letter or meaning of the law" State v Maurer 164 S.W 551 552, 255 Mo. 152 (1914)

These committees consist of lawmakers, judges lawyers and private people. The law which this entity writes cannot be deemed the lawful Statutes of the State.

My second assertion of the subject matter jurisdiction challenge is The law charged against me is missing an enactment clause it is of an unnamed authority. It carries with it no evidence that the legislature of Texas pursuant to Art 29 of Texas is responsible for them.

Upon looking up this law in both the Penal Code and Code of Criminal Procedure I realized that it doesn't have an Enactment clause.

An enacting clause provision is mandatory not directory and it's absence renders a law invalid. 22 TX. APP. 396 (1886)

A law is not obligatory unless it be promulgated
(Black's Law Dictionary 2nd edition p.826)

A law is "promulgated" by it's being printed and published and made available or accessible by a public document such as an official statute book. When this promulgation occurs. The enacting clause is to appear "on the face" of that law thus being printed in that statute book along with law.

The enacting clause must be readily visible on the face of the statute so that citizens don't have to search through the legislative journals or other records or books to see if one exists.

Therefore the issue of subject matter jurisdiction for this case rests squarely upon the provision of the Constitution of Texas (1876) Section 29 to wit: The enacting clause of all laws shall be "Be it enacted by the legislature of The State of Texas"

Along with the foregoing Sub Mat Jurisdn Challenge are numerous authorities cited. The whole challenge is from "Authority of Law" Vol 2 by Charles Weisman

## 3. Issues of the Trial / Abuses of Discretion

"It is the right of the accused to be tried by a legally constituted court and not a Kangaroo court" (Williams v U.S 341 U.S 97, 71 S Ct 576 95 LEd 779 (1951) )

At my Faretta warnings hearing I asked to see Hearing Officer's Oath and the court's Delegation of Authority Order, H.O Anderson lied

and told me he'd show me both, and also told me that I'd receive stand-by counsel and a Motions hearing. Subsequent to that I submitted Motions which were all disregarded. I did not think to object to their disregard because of the presupposed honorability of the court, secondly by the time trial date arrived my refusal to be tried by a NON-Art 3 court was ignored so the overwhelming thought was breach of conduct of legal proceedings was the Order of Operation. The police officer contradicted himself in the police report saying he saw defendant appropriate a long strand of copper wire from within an area enclosed by a fence. Then he says that the wire was appropriated from the southwest wall which was his initial vantage point which is not in an enclosed area.

Also there was a $500 value placed on the wire. Of course copper's value is determined by it's weight. The report said it was 10 to 15 feet of wire. Basically the Officer arbitrarily placed a value on an undetermined amount of copper.

The Officer's contradictory statements, the undetermined weight and length was all in the police report Hearing Officer Rains abused is discretion and violated a fundamental Sixth Amendment right to present a meaningful defense by arbitrarily prohibiting me from offering relevant reliable evidence within the police report in my possession.

Also contained within the report the wire never left the property if my understanding of law is correct the charge should have been criminal mischief. The charge differs from the crime alledged.

I made clear the undetermined weight issue and the value issue along with the fact there was no tag number on the evidence bringing into question chain of custody. I demanded a dismissal based on the value issue and was denied because H.O Rains says "the owner of the wire determines the value". If this was true no one made a claim against me. I believe a disinterested judge would have dismissed the charg based on the value issue and or the undetermined weight (Amount) point. But this wasn't the first time I'd been biased by a judge (Hearing Officer) H.O Anderson told me that I would lose at trial if I went "pro se".

Lastly the transcripts were incorrect in places and had words omitted.

I'm needing a discretionary review after the compounded fundamental errors and egregious harm done to me and I'm definately requesting a Court of Inquiry into the actions of the Trial Court.

Respectfully Submitted
Melvin Fletcher : Al

I MelvinFletcher:Al Authorized Representative MelvinFletcher 01403640 being presently incarcerated in Harris County Jail, declare under the penalty of perjury that the foregoing is true and correct.

Executed on Oct 6 2015

MelvinFletcher:Al UCC 3.402
MelvinFletcher 01403640
1200 Baker St 5E1A
Houston TX 77002